IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEANNINE ARPIN, as Administrator
of the Estate of RONALD ARPIN,
Deceased,**

    **Plaintiff,**

vs.                                                             No. 04-CV-128-DRH

**THE UNITED STATES OF AMERICA,
ST. LOUIS UNIVERSITY,
a not-for-profit corporation,**

    **Defendants.**

## MEMORANDUM AND ORDER

**Herndon, District Judge:**

      During the bench trial in the above matter, the Court took under advisement certain objections made by Plaintiff regarding the testimony of Dr. Bernard C. Camins. The Court was previously unable to rule on these objections as it did not have a copy of Dr. Camins' expert report rendered pursuant to **Federal Rule of Civil Procedure 26**. The Court has now been given a copy of Dr. Camins' report. With the report before it, the Court is now able to rule on those objections. During trial, when Defendant St. Louis University's expert witness, Dr. Camins, was testifying, Plaintiff objected to the assertion of certain opinions as beyond the scope of Dr. Camins' report. Having reviewed Dr. Camins' report, the Court finds the

1

report broad enough to encompass the various aspects of Dr. Camins' testimony.

Therefore, all of Plaintiff's objections are **OVERRULED.**

      **IT IS SO ORDERED**.

Signed this 13th day of November, 2006.

                              /s/         David   RHerndon
                              **United State District Judge**