# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JEANNINE ARPIN, as Administrator**
**of the Estate of RONALD ARPIN,**
**Deceased,**

      **Plaintiff,**

  -vs-                                  **CIVIL ACTION NO. 04-CV-128 DRH**

**THE UNITED STATES OF AMERICA,**
**and ST. LOUIS UNIVERSITY, a**
**not-for-profit corporation,**

      **Defendants.**

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.**  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff, **JEANNINE ARPIN as Administrator of the Estate of RONALD ARPIN, Deceased** and against Defendants **THE UNITED STATES OF AMERICA** and **ST. LOUIS UNIVERSITY**.  For the wrongful death counts against both defendants, Counts I and III, the damages are $7,000,000.00 and

in the survival action counts against both defendants, Counts II and IV, the damages are $1,265.009.27 for a total award of $8,265,009.27.

**NORBERT G. JAWORSKI, CLERK**

November 16, 2006     BY:  s/Patricia Brown
       Deputy Clerk

APPROVED:/s/       David   RHerndon
       **U.S. DISTRICT JUDGE**