IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JEANNINE ARPIN, as Administrator of the Estate of RONALD ARPIN, Deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| THE UNITED STATES OF AMERICA, and ST. LOUIS UNIVERSITY, a not-for-profit corporation, | ) ) ) ) ) | |
| Defendants. | ) | Case No. 04-cv-128-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** Pursuant to the Seventh Circuit Mandate issued on June 4, 2008 (Doc. 73) the award for plaintiff's claim of damages for loss of consortium was vacated and remanded to this Court for further proceedings. The remainder of the Court's November 16, 2006 Judgment (Doc. 54), regarding Counts II and IV, was affirmed.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated November 13, 2009, judgment is entered in favor of plaintiff, **JEANNINE ARPIN, as Administrator of the Estate of RONALD ARPIN, Deceased,** and against the defendants**, THE UNITED STATES OF AMERICA and ST. LOUIS UNIVERSITY,** in the amount of $7,000,000, of which $4,000,000 is awarded to Mrs. Arpin and $750,000 shall be awarded to each of the four children, as to Counts I and III-------------------------------------------------------------------------------------------

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:     /s/*Sandy Pannier*
             **Deputy Clerk**

Dated: November 13, 2009.


APPROVED: /s/  *David R Herndon*
        CHIEF JUDGE
        U. S. DISTRICT COURT